UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 5 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Reema Rahman,                )
                             )
        Plaintiff,           )
                             )
            v.               )    Civil Action No.
                             )
Basma Esseddiq,              )    13 0159
                             )
        Defendant.           )
_____)

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a resident of Columbia, Maryland, suing a resident of the District of Columbia for alleged unpaid loans. She demands $2,150.00. The complaint does not present a federal question and the amount in controversy is way below the minimum amount to bring this case

within the Court's diversity jurisdiction.[1]  A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ Rosemary M. Collyer
United States District Judge

DATE: January 31, 2013

---

[1] Plaintiff's recourse lies, if at all, in the District of Columbia courts.

2